IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

CHARLES B. JACKSON, III,

      Plaintiff,

v.           No. CV 19-767 JCH/CG

CITY OF LAS CRUCES, et al.,

      Defendants.

## ORDER GRANTING MOTION TO EXCUSE NOVEMBER PAYMENT

**THIS MATTER** is before the Court on Mr. Jackson's *Motion to Skip Payment*, (Doc. 32), filed November 6, 2020. The Court previously ordered Mr. Jackson to make monthly installment payments in order to satisfy the filing fee of $350.00. (Doc. 5). Mr. Jackson explains that the Dona Ana County Detention Center, where he is temporarily housed, will not issue a check on his behalf, and that his requests to the Northeast New Mexico Correctional Facility, where he will ultimately return, have gone unanswered. (Doc. 32 at 1-2). Accordingly, Mr. Jackson asks the Court to excuse the payment due November 10, 2020. *Id.* at 1. The Court, having reviewed the Motion, finds the Motion is well-taken and shall be **GRANTED**.

**IT IS THERFORE ORDERED** that Mr. Jackson is permitted to skip the November 10, 2020 partial payment of the filing fee;

**IT IS FURTHER ORDERED** that Mr. Jackson shall resume making monthly installment payments of twenty per cent (20%) of the preceding month's income credited to his account, or show cause why the designated payments should be excused as previously ordered, by **December 17, 2020**. *See* (Doc. 5).

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE