IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

CHARLES B. JACKSON, III,

      Plaintiff,

v.                                                                     No. CV 19-767 JCH/CG

CITY OF LAS CRUCES, et al.,

      Defendants.

## ORDER TO SHOW CAUSE

**THIS MATTER** is before the Court *sua sponte* in connection with Mr. Jackson's civil rights complaint, (Doc. 1); (Doc. 4). The record indicates that certain mailings to Mr. Jackson were returned as undeliverable. *See* (Doc. 33). It appears that Mr. Jackson has been transferred or released from custody without providing a new address, as required by D.N.M. LR-Civ. 83.6. Mr. Jackson was previously notified of his obligation to keep the Court advised of his mailing address. *See* (Doc. 20 at 1). Although Mr. Jackson has advised the Court that he is going to be transferred, the information provided is insufficient for the Court to determine a correct mailing address for him. *See* (Doc. 32).

      The Court will require Mr. Jackson to notify the Clerk of his new address or show cause why this action should not be dismissed for failure to comply with the Court's local rules and Case Management Order, (Doc. 22). *See Bradenburg v. Beaman*, 632 F.2d 120, 122 (10th Cir. 1980) ("It is incumbent on litigants, even those proceeding *pro se*, to follow the federal rules of procedure . . . The same is true of simple, nonburdensome local rules.") (citations omitted). Failure to timely comply will result in dismissal of the action.

**IT IS THEREFORE ORDERED** that by no later than **December 17, 2020**, Mr. Jackson shall notify the Clerk in writing of his current address or show cause why this action should not be dismissed.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE